**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                               Case No. 4:02-CR-029-SPM

DONALD SHANE CHANDLER,

      Defendant.

_____/


## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the magistrate judge's Report

and Recommendation (doc. 134) dated June 21, 2007.  The parties have been

furnished a copy and have been afforded an opportunity to file objections.

Defendant filed his objections (doc. 135) on July 2, 2007.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have made

a *de novo* determination of those portions to which an objection has been made.

Even in light of the "Haines rule"[1] cited by Defendant, which prescribes a liberal

construction of *pro se* inmate filings, Defendant's claims lack merit.  The

magistrate judge carefully considered the factual history available to him in

---

[1]  Haines v. Kerner, 404 U.S. 519 (1972).

making his decision, and even considering all facts in the light most favorable to

Defendant, the motion fails to state a claim for relief.  Defendant's objections do

not rise to the level of showing entitlement to any relief. Defendant has not

demonstrated any error in the magistrate's report or the findings contained

therein.  In addition, the Court specifically finds that neither Defendant's trial

counsel nor his appellate counsel were ineffective.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.      The magistrate judge's Report and Recommendation (doc. 134) is

adopted and incorporated by reference in this order.

2.      Defendant's §2255 post-conviction motion (doc. 133) is hereby

*denied.*

**DONE AND ORDERED** this eleventh day of July, 2007.

_s/ Stephan P. Mickle_

Stephan P. Mickle
United States District Judge

2